**Order filed June 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00260-CV
_____

**FELICIA DUNGY, Appellant**

**V.**

**AVALON LP, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1124105**

---

## O R D E R

Appellant's brief was due June 6, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 6, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM